PEARL EVANS, Appellant, v. WILLIAM E. EVANS, Respondent.— Order, so far as appealed from, unanimously modified by increasing the amount of counsel fee to the sum of $300, and as so modified affirmed, with twenty dollars costs and

disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.